No. 148. MINNEAPOLIS, ST. PAUL & SAULT STE. MARIE RAILROAD COMPANY, PLAINTIFF IN ERROR, *v.* LOUISE ALEXANDER, ADMINISTRATRIX, ETC. In error to the Supreme Court of the State of Wisconsin. Argued January 6 and 7, 1916. Decided January 10, 1916. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of (1) *Consolidated Turnpike* v. *Norfolk &c. Ry.,* 228 U. S. 596, 600; *Manhattan Life Ins. Co.* v. *Cohen,* 234 U. S. 123, 137; *Easterling Lumber Co.* v. *Pierce,* 235 U. S. 380; (2) *Missouri Pacific R. R.* v. *Humes,* 115 U. S. 512; *Minnesota & St. L. R. R.* v. *Beckwith,* 129 U. S. 26; *Minnesota & St. L. R. R.* v. *Emmons,* 149 U. S. 364; (3) *Waters-Pierce Oil Co.* v. *Texas* (No. 2), 212 U. S. 112, 118; *Deming* v. *Carlisle Packing Co.,* 226 U. S. 102; *Overton* v. *Oklahoma,* 235 U. S. 31. *Mr. William A. Hayes* for the plaintiff in error. *Mr. D. W. McNamara* and *Miss Anna B. Hull* for the defendant in error.